```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :     20cr388-4(DLC)
                                      :
            -v-                       :     ORDER
                                      :
YUDITH REYNOSO-HICIANO,                :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An initial conference is scheduled to occur on **July 30, 2021** at **1:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **July 22, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

IT IS FURTHER ORDERED that in the interest of justice, time is excluded from July 16, 2021 until July 30, 2021 pursuant to 18 USC § 3161 (h)(7)(A), those interests outweighing the best interest of the defendant and the public in a speedy trial. This exclusion will permit the defendant, who is in custody, to participate in the conference.

Dated: New York, New York
July 12, 2021

DENISE COTE
United States District Judge