UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :        20cr388-4 (DLC)
           -v-                         :
                                       :        ORDER
YUDITH REYNOSO-HICIANO,                :
                                       :
                      Defendant.       :
                                       X
-------------------------------------

DENISE COTE, District Judge:

       On July 22, 2021, defense counsel informed the Court that
the defendant prefers that the **July 30** initial conference occur
via videoconference as opposed to in person, or by telephone if
a videoconference is not available.  The Court has been informed
that it is not possible to arrange a videoconference with the
defendant on that day or on any date near July 30, 2021.
Accordingly, it is hereby

       ORDERED that the proceeding is rescheduled for **July 30,
2021 at 9:00 AM** and shall take place by telephone.  The dial-in
credentials for the telephone conference are the following:

              Dial-in:      888-363-4749
              Access code:  4324948

       IT IS FURTHER ORDERED that the parties shall use a landline
if one is available.

       IT IS FURTHER ORDERED that at that conference, a trial date
will be chosen.  After the Government recites the procedural

history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

Dated:   New York, New York
         July 29, 2021

_____
DENISE COTE
United States District Judge