UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                      :
UNITED STATES OF AMERICA              :        20cr388-4(DLC)
                                      :
            -v-                       :           ORDER
                                      :
YUDITH REYNOSO-HICIANO,               :
                                      :
                      Defendant.      :
                                      :
------------------------------------ X

DENISE COTE, District Judge:

    On September 15, 2021, attorney Patrick Brackley filed a notice of appearance to represent defendant Yudith Reynoso-Hiciano.  Accordingly, it is hereby

    ORDERED that a substitution of counsel hearing is scheduled to occur on **September 30, 2021** at **12:00 PM**.  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly,

    IT IS FURTHER ORDERED that current counsel of record for defendant David Bertan shall respond to the following two questions by **5:00 PM** on **September 22, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:     New York, New York
           September 16, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge