```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     20cr388-4 (DLC)
                                         :
            -v-                          :     ORDER
                                         :
YUDITH REYNOSO-HICIANO,                  :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the final pretrial conference scheduled for 10:00 AM on **December 17, 2021** is moved to **1:00 PM** on that same date.  Please refer to the Order issued on December 2, 2021 for all other information.

Dated:   New York, New York
         December 13, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge