UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                            **ORDER**

         -against-                                          Dkt. No.: 20CR388 (DLC)

YUDITH REYNOSO-HICIANO,

                        Defendant.
-------------------------------------------------------X

Upon the application of the defendant, Yudith Reynoso-Hiciano (Register No. 91359-054), by and through his attorney, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, to accept clothing for the defendant to use during the pendency of her trial. The Court now orders the MDC to accept up to five sets of clothing, including and not limited to:

- Three blouses,
- Three suit jackets,
- Three suit pants
- Four sets of women underwear: bra and panties,
- Fours pair of socks,
- One pair of shoes;

And to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance and appear before the jury without restraints during the pendency of her trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

**SO ORDERED.**

                                                                         THE HONORABLE DENISE L. COTE
                                                                         UNITED STATES DISTRICT JUDGE

12/21/21