```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     20cr388-4 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
YUDITH REYNOSO-HICIANO,                  :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A critical witness in the upcoming trial of January 4, 2022, having been exposed on December 27, 2021, to a person who has tested positive for COVID-19, and having consulted with counsel in a telephone conference today and thereafter with the District Executive, it is hereby

    ORDERED that jury selection will proceed on January 4.

    IT IS FURTHER ORDERED that, assuming the witness continues to be asymptomatic and takes a PCR test on January 1, the trial itself will begin on January 10 if that test result is negative, and on January 11 if that PCR test is positive.

    IT IS FURTHER ORDERED that, should the witness become symptomatic, the schedule will have to be revisited.

Dated:    New York, New York
            December 29, 2021

                                                _____
                                                    DENISE COTE
                                      United States District Judge