```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :      20cr388-4 (DLC)
            -v-                         :
                                        :         ORDER
YUDITH REYNOSO-HICIANO,                 :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

     It is hereby

     ORDERED that the United States Marshals Service is directed
to permit counsel for the defendant to meet with the defendant
in any appropriate area of the courthouse until 7:00 pm on
January 4, 2022, as well as on January 10 and 11, 2022.

Dated:    New York, New York
          January 3, 2022


                              _____
                                      DENISE COTE
                              United States District Judge