```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-4 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
YUDITH REYNOSO-HICIANO,                  :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter is moved from April 22, 2022, to **April 29, 2022, at 3:00 PM** in Courtroom 18B.

SO ORDERED:

Dated:   New York, New York
         April 19, 2022

_____
DENISE COTE
United States District Judge