```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-4 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
YUDITH REYNOSO-HICIANO,                  :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 29, 2022, this Court sentenced the defendant Yudith Reynoso-Hiciano. The Judgment of Conviction was entered on May 3. On May 9, the defendant filed a Notice of Appeal.

In a letter received June 1, the defendant requests that this Court appoint counsel for her appeal. The defendant is hereby

NOTIFIED that all further correspondence regarding her appeal shall be directed to the Court of Appeals for the Second Circuit.

IT IS HEREBY ORDERED that the Clerk of Court shall transmit this Order and the June 1 letter to the Court of Appeals for the Second Circuit for a determination on the appointment of counsel.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:    New York, New York
          June 2, 2022

```
                                    _____
                                           DENISE COTE
                                    United States District Judge
```

```
MAIL TO:   YUDITH REYNOSO-HICIANO
           USM #91359-054
           MDC BROOKLYN
           METROPOLITAN DETENTION CENTER
           P.O. BOX 329002
           BROOKLYN, NY  11232
```