```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
YUDITH REYNOSO-HICIANO,               :     25cv5177 (DLC)
                                      :
                    Movant,           :     20cr388-4 (DLC)
                                      :
         -v-                          :     ORDER
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                    Respondent.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 29, 2022, Yudith Reynoso-Hiciano was sentenced principally to a term of imprisonment of 72 months. Reynoso-Hiciano challenges her conviction in a 28 U.S.C. § 2255 petition dated June 1 and docketed on June 20, 2025, raising claims of ineffective assistance of counsel. In a letter dated July 1 and docketed on July 14, Reynoso-Hiciano submitted an application for appointment of counsel. The Court having concluded that the § 2255 petition should not be summarily dismissed as being without merit, it is hereby

ORDERED that the Orders of July 8 and July 17 are vacated, as they incorrectly concluded that the § 2255 petition is untimely. Reynoso-Hiciano appealed her conviction, and the Court of Appeals affirmed it on February 7, 2024. United States v. Reynoso-Hiciano, No. 22-1044-CR, 2024 WL 461706 (2d Cir. Feb. 7, 2024). Reynoso-Hiciano filed a timely petition for a writ of certiorari on April 23, 2024, which was denied on June 3, 2024. Thus, the § 2255

petition was filed within one year of the date when Reynoso-Hiciano's conviction became final.

IT IS FURTHER ORDERED that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

IT IS FURTHER ORDERED that Reynoso-Hiciano's application for the appointment of counsel is denied without prejudice to renewal after receipt of the Government response to the § 2255 petition.

Dated:   New York, New York
         August 14, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge

2