

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 5, 2026

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Yudith Reynoso-Hiciano,*  20 Cr. 388 (DLC), 25 Civ. 5177 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter in response to the Court's February 4, 2026 order. (Dkt. 321). Last night, defendant Yudith Reynoso-Hiciano's trial counsel, Patrick Brackley, Esq., furnished the Government with an affidavit addressing the defendant's allegations of ineffective assistance.

The Government respectfully requests its deadline to file a response to the defendant's section 2255 motion be on or before April 6, 2026 (*i.e.*, 60 days from today), and that the defendant's deadline to file any reply be on or before May 6, 2026 (*i.e.*, 30 days after the Government's deadline to file its response).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ _____
Alexander Li / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-2265/-2337

cc: Patrick Brackley, Esq. (via ECF)
    Yudith Reynoso-Hiciano, BOP Reg. No. 91359-054 (by U.S. Mail)