UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
YUDITH REYNOSO-HICIANO,                   :          25cv5177(DLC)
                        Petitioner,       :
                                          :          20cr388-4(DLC)
         -v-                              :
                                          :          ORDER
UNITED STATES OF AMERICA,                 :
                        Respondent.       :
                                          :
------------------------------------------ X

DENISE COTE, District Judge:

     Having received notice that petitioner Yudith Reynoso-

Hiciano was served with the Government's letter in opposition to

her 28 U.S.C. § 2255 petition on May 19, 2026, it is hereby

     ORDERED that any reply is due by **June 22, 2026.**

     IT IS FURTHER ORDERED that the Clerk of Court shall mail

petitioner a copy of this Order and note mailing on the docket.

Dated:    New York, New York
          May 21, 2026

                              _____
                                        DENISE COTE
                              United States District Judge